STIMMEL, Appellant, *v.* WATTS *et ux.*, Respondents.

(*Supreme Court, General Term, Second Department.*  February 12, 1890.)

Appeal from circuit court, Queens county.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*C. A. S. Van Nostrand*, for appellant.    *A. N. Weller*, (*B. W. Downing*, of counsel,) for respondents.

DYKMAN, J.  This is an action for the recovery of real property, and for other incidental relief.    The trial was had before a judge without a jury, and he has found as a conclusion of law from all the facts that the plaintiff has no title to the property, and is not entitled to the possession thereof, and dismissed the complaint, with costs.    The plaintiff has appealed, but we find no merit in this appeal.    The conclusion of the trial judge is entirely justified, and the judgment should be affirmed, with costs.

---

CHRISTMAN, Respondent, *v.* THATCHER, Overseer, Appellant.

.(*Supreme Court, General Term, Third Department.*  September 21, 1889.)

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion.    Order reversed, with $10 costs and printing disbursements. For former reports, see 1 N. Y. Supp. 451; 4 N. Y. Supp. 957.

---

CORBETT, Respondent, *v.* CITY OF TROY, Appellant.

(*Supreme Court, General Term, Third Department.*  September 21, 1889.)

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion.    Motion for leave to go to court of appeals denied.    For former report, see 6 N. Y. Supp. 381.

---

CROSBY *et al.*, Appellants, *v.* DELAWARE & H. CANAL Co., Respondent.

(*Supreme Court, General Term, Third Department.*  September 21, 1889.)

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion.    Judgment affirmed, with costs.    Case certified to court of appeals.    For former report, see 5 N. Y. Supp. 949.